UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RAHEEM J. BRENNERMAN,

                Movant,

-against-

                22-cv-0996 (LAK)

[17-cr-0155 (LAK)]

UNITED STATES OF AMERICA,

                Respondent
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The government shall respond to movant's motion pursuant to 28 U.S.C. § 2255 [22-cv-0996 Dkt 1] no later than 60 days after the date of this order. Its attention is directed also to the order of today's date entered in the criminal case.

      SO ORDERED.

Dated:      February 7, 2022

                                                  _____
                                                  Lewis A. Kaplan
                                              United States District Judge