UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAHEEM J. BRENNERMAN,

                    Movant,

        -against-                                    22-cv-0996 (LAK)

                                                            [17-cr-0155 (LAK)]

UNITED STATES OF AMERICA,

                    Respondent
------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        By letter dated February 9, 2022, movant requests an order compelling Linklaters LLP and Paul S. Hessler to provide unspecified documents in their possession to petition, a request he claims to have made in his so-called Omnibus Motion, which is Dkt 211 in the criminal docket. No such request was made in the "Relief Sought" section of the Omnibus Motion, Dkt. 211, at 1, or, perhaps, elsewhere in the 189 pages of that document. Nonetheless, the Court treats movant's latest letter as a request for such relief.

        The government's response to the Omnibus Motion shall respond also to this request. In the meantime, the Court will hold it in abeyance.

        Movant also asks for 60 days within which to reply to the government's response. The request is granted but only to the extent of requiring that any reply to the government's response shall be filed within 30 days of the date thereof.

        In the event the February 9 letter is docketed as a motion, the Clerk shall terminate it.

        The Clerk shall mail a copy of this order and copies of Dkt 213 and 214 to movant and note the mailing on the docket.

        SO ORDERED.

Dated:       February 15, 2022

                                                                    Lewis A. Kaplan
                                                                United States District Judge