UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAHEEM J. BRENNERMAN,

                Movant,

    -against-                                      22-cv-0996 (LAK)
                                                                           [17-cr-0155 (LAK)]

UNITED STATES OF AMERICA,

                Respondent
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Against the possibility that the Court mistakenly may have construed one or more of the movant's several filings between the filing of the government's response to his 2255 motion (No. 22-cv-996 ECF Nos. 17, 18; No. 17-cr-0155 ECF Nos. 227, 229) as his "reply" in support of that motion and thus ruled on the motion in advance of previously extension of time within which to file his "reply," movant's motion for reconsideration (no. 22-cv-0996 ECF No. 23) is granted and, on reconsideration, the Court's order of April 13, 2022 is vacated and the 2255 motion restored to the calendar.

        Movant already has had well over the 30 days allotted to him for filing his "reply" to the government's March 22 opposition. Nevertheless, the Court further extends his time within which to do so to and including May 6, 2022. Any such filing shall be clearly denominated as such. It shall be double spaced and printed in type of at least 12 points. It shall not exceed in length 8 pages, which is approximately the same length as the government submission to which it should respond.

        SO ORDERED.

Dated:       April 27, 2022

                                                                              Lewis A. Kaplan
                                                                     United States District Judge