UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                      No.   1:17-CR-00155-LTS-LAK

RAHEEM BRENNERMAN,

       Defendant.

--------------------------------------------------------x


<u>ORDER</u>

The Court has received and reviewed Plaintiff's letter, styled "[N]otification to [C]hief [J]udge." (Docket entry nos. 236, 237). To the extent Plaintiff seeks action based on his allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit." 28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102). To the extent Plaintiff is requesting that the undersigned make or alter any rulings in the above case, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr.

Brennerman at the below address.


SO ORDERED.

Dated: May 17, 2022
       New York, New York


                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge


Copy mailed to:
Raheem J. Brennerman
Reg. No. 54001-048
Federal Correctional Institution
Allenwood Low
White Deer, Pa. 17887-1000
P.O. Box 1000