UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM J. BRENNERMAN,

                Movant,

    -against-                                    22-cv-0996 (LAK)
                                                   [17-cr-0155 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        The government shall respond to movant's latest filing no later than March 6, 2023. Movant shall file any reply papers no later than March 27, 2023.

        SO ORDERED.

Dated:      January 5, 2023

                                                    Lewis A. Kaplan
                                              United States District Judge